**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00683-CV

## IN THE GUARDIANSHIP OF CLARENCE LAMAR NORSORTHY, AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-06-3704-2**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** Dallas County Clerk John Warren to file, no later than September 23, 2016, either (1) a supplemental clerk's record containing a copy of the written order denying the motions to stay or vacate the disbursement order and written order denying the motion to compel ex-parte communications; or, (2) written verification no such written orders exist. *See* TEX. R. CIV. P. 34.5(c).


/s/     CRAIG STODDART
        JUSTICE